Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK KARA CORP., <br><br> Plaintiff, <br><br> v. <br><br> BRILLIANT EARTH, LLC; *et al*. <br><br> Defendants. | Case No 2:18-cv-03212-RGK-AS <br> *Hon. R. Gary Klausner Presiding* <br><br> **NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** the parties have reached a resolution of all claims at issue in this action. This resolution will resolve this matter in its entirety. The parties are currently working to finalize a settlement agreement relating to this resolution and expect to file a dismissal within thirty (30) days. So owing, the parties respectfully request that the current hearings, dates, and deadlines be vacated or continued by thirty (30) days so that the parties can finalize performance of the terms of the agreement and file the dismissal. All parties consent to this request.

                                                        Respectfully submitted,

Dated: September 17, 2018        By: /s/ *Scott Alan Burroughs*
                                                        Scott Alan Burroughs, Esq.
                                                        Trevor W. Barrett, Esq.
                                                        Justin M. Gomes, Esq.
                                                        DONIGER / BURROUGHS
                                                        Attorneys for Plaintiff
                                                        KIRK KARA CORP.